IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    v.                            CASE NO. 5:06-cr-13-RS-AK

FOEY B. PADGETT, JR.,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 91, the Government's Motion to Exceed Page Limitation. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**.

**DONE AND ORDERED** this  *8th*  day of July, 2008.

                                  *s/ A. KORNBLUM*
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**