IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.                                       CASE NO. 5:06cr13/RS-GRJ

FOEY B. PADGETT, JR.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 96) and Objections to Magistrate Judge's Report and Recommendation (Doc. 99). I have reviewed Defendant's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.
2. Defendant's Motion To Vacate under 28 U.S.C. §2255 (Doc. 86) is **denied**. A certificate of appealability is denied.
3. The clerk is directed to close the file.

**ORDERED** on March 8, 2011.

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**