IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                        CASE NO. 5:06-cr-13-RS-GRJ

FOEY B. PADGETT, JR.,

   Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 135). I have reviewed the report and recommendation *de novo*. I have also reviewed Defendant's Objection to the Magistrate Judge's Report and Recommendation (Doc. 138), even though the objection was not timely filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion by a Person in Federal Custody to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 86), as Supplement (Doc. 127), is **DENIED.**

3. A Certificate of Appealability is **DENIED.**

      4.  The Clerk is directed to close this case.

**ORDERED** on April 28, 2015.

                          <u>/S/ Richard Smoak</u>
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**